UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LILIAN VELEZ,<br><br>         Plaintiff(s),<br><br>v.<br><br>BOROUGH OF METUCHEN, NEW JERSEY et al,<br><br>         Defendant(s). | Civil Action No.: 10- 2109 (JLL)<br><br>ORDER DISMISSING CASE<br>Pursuant to F.R. Civ. P.4(m) |

It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed against defendants, Borough of Metuchen, New Jersey, Kevin Doherty and Vincent Russo,

It is on this 20 day of SEPTEMBER, 2010;

O R D E R E D  that the above captioned action be and is hereby dismissed, as to defendants, Borough of Metuchen, New Jersey, Kevin Doherty and Vincent Russo, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

JOSE L. LINARES,
United States District Judge